IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH WILLIAMS #305762
               Petitioner              :

    v.                                      :       CIVIL ACTION NO. AW-07-65

MONTGOMERY COUNTY CIRCUIT     :
COURT et al.
               Respondents       :

## MEMORANDUM

Kenneth Williams has filed a supplemental habeas corpus petition and an indigency affidavit as ordered. Paper Nos. 3 and 4. For the reasons that follow, the action, filed pursuant to 28 U.S.C. § 2254, will be dismissed without prejudice.

## Procedural History

On May 25, 2005, Williams was convicted in the Montgomery County Circuit Court on violation of probation charges and sentenced to six months incarceration. Paper No. 3 at 1-2. He indicates in the supplemental petition that he appealed the conviction and the appeal remains pending. He further notes that he has filed a post-conviction petition and that it, too, also is pending. *Id.*, Paper No. 3 at 2-3.

Under *Rose v. Lundy*, 455 U.S. 509 (1982), before a petitioner may seek habeas relief in federal court, he must exhaust each claim presented to the federal court by pursuing remedies available in state court. This exhaustion requirement is satisfied by seeking review of the claim in the highest state court with jurisdiction to consider the claim. 28 U.S.C. § 2254(b) and (c). In Maryland, this may be accomplished by proceeding with certain claims on direct appeal, and thereafter seeking *certiorari* to the Court of Appeals and with other claims by way of a post-conviction petition, followed by petitioning the Court of Special Appeals for leave to appeal.

Williams has not completed appellate and post-conviction review. Thus, this habeas corpus action shall be dismissed without prejudice by separate order, subject to renewal after completion of state court review.

February 9, 2007 /s/
(Date) Alexander Williams, Jr.
United States District Judge

H:\premature.wpd